**MADISON CONSTRUCTION, Petitioner,**

v.

**The HARLEYSVILLE MUTUAL INSURANCE COMPANY, Nicholas Ezzi, Brian Murtaugh, Kelran Associates, Inc., and Euclid Chemical Company, Respondents.**

Supreme Court of Pennsylvania.

April 2, 1997.

**MILLER AND SON PAVING, INC., Respondent,**

v.

**BOARD OF SUPERVISORS OF PLUMSTEAD TOWNSHIP, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 1997.

Alan Greensberg, Philadelphia, JoAnne Eskin Sutkin, Marlton, NJ, for Petitioner.

James C. Schwartzman, Philadelphia, Catherine M. Harper, Blue Bell, for Petitioner.

***ORDER***

***ORDER***

PER CURIAM:

AND NOW, this 2nd day of April, 1997, the Petition for Allowance of Appeal is hereby GRANTED, BUT LIMITED to the following:

Whether the lower court properly granted summary judgement in favor of Respondent, Harleysville Mutual Insurance Company "Harleysville", finding it is not

with proof of the event which brings the question of the dog's dangerousness before the district

justice, might be sufficient to demonstrate a propensity to attack.

required to defend Petitioner in the underlying suit.